FELTMAN, Respondent, v. EHRLICH, Appellant. (Supreme Court, Appellate Division, Second Department. June 18, 1908.) Action by Henry Feltman against Ferdinand Ehrlich. No opinion. Judgment of the Municipal Court affirmed, with costs.

In re F. H. FENNING et al. (Supreme Court, Appellate Division, First Department. June 26, 1908.) In the matter of F. H. Fenning and others. W. C. Diamond, for appellant. I. H. Levy, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

FERRIS, Respondent, v. BARTLE, Appellant. (Supreme Court, Appellate Division, Second Department. June 18, 1908.) Action by Henry C. Ferris against William A. Bartle. No opinion. Judgment of the Municipal Court affirmed, with costs.

FEUST v. CRAIG. (Supreme Court, Appellate Division, First Department. June 12, 1908.) Action by Sigmund Feust against Horatio Craig. No opinion. Application granted. Order signed.

FILKINS, Respondent, v. MASON, Appellant. (Supreme Court, Appellate Division, Fourth Department. July 7, 1908.) Action by Ernest J. Filkins against Fred E. Mason. No opinion. Judgment and order affirmed, with costs.

FINNIGAN, Appellant, v. NEW YORK CONTRACTING CO., PENNSYLVANIA TERMINAL, Respondent. (Supreme Court, Appellate Division, First Department. June 12, 1908.) Action by Mary Finnigan, administratrix, etc., against the New York Contracting Company, Pennsylvania Terminal. J. C. Robinson, for appellant. J. C. Toole, for respondent.

PER CURIAM. Judgment and order affirmed, with costs, on the authority of 122 App. Div. 712, 107 N. Y. Supp. 855. Order filed.

HOUGHTON, J., dissents.

In re FISHER. (Supreme Court, Appellate Division, Fourth Department. May 29, 1908.) In the matter of John W. Fisher, an attorney and counselor at law. No opinion. Issues raised by the charges and answer thereto referred to William G. Tracy, Esq., an attorney and counselor residing at Syracuse, N. Y., to take proofs and report to the court, with his opinion.

FISHER, Respondent, v. GULICK et al., Appellants. (Supreme Court, Appellate Division, Second Department. June 29, 1908.) Action by James B. Fisher against Ernestus Gulick and another. No opinion. Judgment affirmed, with costs.

FISHER et al., Respondents, v. HARTZELL, Appellant. (Supreme Court, Appellate Division, Fourth Department. July 7, 1908.) Action by Henry C. Fisher and another against George W. Hartzell. No opinion. Judgment affirmed, with costs.

FISK, Respondent, v. PELLETREAU et al., Appellants. (Supreme Court, Appellate Division, Second Department. June 12, 1908.) Action by William Fisk against Vennette F. Pelletreau and another. No opinion. Judgment of the Municipal Court affirmed, with costs.

FISS, DOERR & CARROLL HORSE CO., Appellant, v. FANTO, Respondent. (Supreme Court, Appellate Division, Second Department. June 18, 1908.) Action by the Fiss, Doerr & Carroll Horse Company against Vincenzo Fanto. No opinion. Judgment of the Municipal Court affirmed by default, with costs.

FITZSIMMONS, Respondent, v. NEW YORK & Q. C. RY. CO., Appellant. (Supreme Court, Appellate Division, Second Department. June 5, 1908.) Action by John Fitzsimmons, an infant, by Sarah H. Fitzsimmons, his guardian ad litem, against the New York & Queens County Railway Company. No opinion. Judgment and order unanimously affirmed, with costs.

FITZSIMMONS, Respondent, v. NEW YORK, Q. C. RY. CO., Appellant. (Supreme Court, Appellate Division, Second Department. June 5, 1908.) Action by Christopher Fitzsimmons against the New York & Queens County Railway Company. No opinion. Judgment and order unanimously affirmed, with costs.

FLAHERTY, Sheriff, Appellant, v. MILLIKEN et al., Respondents. (Supreme Court, Appellate Division, Third Department. June 18, 1908.) In the matter of the application of Michael J. Flaherty, as sheriff of the county of Kings, against Charles F. Milliken and others, composing the civil service commission of the state of New York.

PER CURIAM. Order affirmed, with costs. SMITH, P. J., and SEWELL, J., dissent.

FLATBUSH IMP. CO., Respondent, v. WHITE, Appellant. (Supreme Court, Appellate Division, Second Department. June 5, 1908.) Action by the Flatbush Improvement Company against Cornelius White. No opinion. Final order of the Municipal Court affirmed, with costs.

FLEET et al., Appellants, v. BARKER, Respondent. (Supreme Court, Appellate Division, Second Department. June 5, 1908.) Action by Arthur B. Fleet and another against Joseph S. Barker. No opinion. Judgment of the Municipal Court affirmed, with costs. See 104 N. Y. Supp. 940.

FOGERTY v. FOGERTY (two cases) (Supreme Court, Appellate Division, First Department. June 26, 1908.) Action by Patrick A. Fogerty against William P. Fogerty. No opinion. Motion denied, with $10 costs. Order filed.